## IN RE RYAN R.

The petition by the respondent mother for certification for appeal from the Appellate Court, 102 Conn. App. 608 (AC 26947), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Roseann Canny*, in support of the petition.

*Tammy Nguyen-O'Dowd*, assistant attorney general, in opposition.

Decided October 10, 2007

## STATE OF CONNECTICUT *v.* ANTHONY PAULING

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 556 (AC 26973), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Timothy F. Costello*, special deputy assistant state's attorney, in opposition.

Decided October 10, 2007

## GORDON COLE *v.* COMMISSIONER OF CORRECTION

The petitioner Gordon Cole's petition for certification for appeal from the Appellate Court, 102 Conn. App. 595 (AC 27227/AC 27228), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.